UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>QUARTER MOON, INCORPORATED<br>DORY VENTURES LLC<br>LASERPERFORMANCE LLC and<br>FARZAD RASTEGAR,<br><br>        Defendants. | Civil Action No. 3:17-cv-01389 |

**NOTICE OF RELATED CASE**

Pursuant to D. Conn. L. Civ. R. 40(b)(2), Plaintiff Bruce Kirby, Inc. ("Plaintiff") respectfully submits this Notice of Related Case to inform the Court of a matter pending before the Court known as Bruce Kirby, Inc., et al. v. LaserPerformance (Europe) Limited, et al., Civil Action No. 3:13-cv-00297 (JAM) filed on March 4, 2013 ("the '297 action"), claiming, among other things, breach of contract and the manufacture and sale of counterfeit goods in violation of Plaintiff's BRUCE KIRBY ® trademark.  Plaintiff respectfully submits that the '297 action is related to the above-captioned matter because (1) Defendant Quarter Moon, Incorporated is a named defendant in the '297 action; (2) on information and belief, Defendant LaserPerformance LLC is a subsidiary of Defendant Quarter Moon, Incorporated; and (3) the same trademark, the BRUCE KIRBY ® trademark, is at issue.

                Respectfully submitted,

| | |
|---|---|
| <u>August 16, 2017</u> | */s/ Wesley W. Whitmyer, Jr.* |
| Date | Wesley W. Whitmyer, Jr., ct03509 |
| | Walter B. Welsh, ct01220 |
| | Benjamin N. Luehrs (*pro hac vice pending*) |
| | WHITMYER IP GROUP LLC |
| | 600 Summer Street |
| | Stamford, CT  06901 |
| | Tel. 203 703-0800 |
| | |
| | *Attorneys for Plaintiff* |